JEFFREY WINCHESTER (Nevada Bar No. 10279)
E: JWinchester@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Ste 1250
Las Vegas, NV 89101
T: 725.286.2801

*Attorneys for Defendants*

UNITED STATES DISCTICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Richard Penfil, an individual;<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Protouch Staffing Healthcare, aka and dba Protouch Staffing, Corporation, Pro-Touch Nurses, Inc., a Corporation, Taylor Kennedy, an individual, John Cosme, an individual, Derek Clement, an individual, Employee(s)/Agents DOES I-X; Corporations, Companies, Entities, Associations, and/or Partnerships ROES XI-XX,<br><br>　　　　Defendants. | Case No.:<br><br>**NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT** |

Pursuant to 28 U.S.C. §§1331, 1441, and 1446, Defendant, John Cosme, hereby notifies the Court of the removal of the matter of *Richard Penfil v. Protouch Staffing Healthcare aka and dba Prtouch Staffing Corporation, et al.,* Case No. A-24-908458-C, (the "State Court Action") which was filed by Plaintiff in the Eighth Judicial District Court in Clark County, Nevada. This removal is based upon federal question jurisdiction and is timely filed. In support of said removal, Defendant states as follows:

1. On December 18, 2024, an action was commenced in the Eighth Judicial District Court of Clark County Nevada, entitled *Richard Penfil v. Protouch Healthcare aka*

*and dba Protouch Staffing; Pro-Touch Nurses, Inc.; Taylor Kennedy; John Cosme, Derek Clement et al.* A copy of the Complaint and all other filings in the State Court action to date are attached hereto as **Exhibit A.**

2. Count V of Plaintiff's Complaint brings claims under the Federal Fair Labor Standards Act, 29 U.S. C. § 207 *et seq.*

3. 28 U.S.C. §1331 states, in its entirety, that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

4. Per 28 USC §1446(b)(2):

    (A) When a civil action is removed solely under section 1441(a), all defendants who have been properly joined and served must join in or consent to the removal of the action.

    (B) Each defendant shall have 30 days after receipt by or service on that defendant of the initial pleading or summons described in paragraph (1) to file the notice of removal.

    (C) If defendants are served at different times, and a later-served defendant files a notice of removal, any earlier-served defendant may consent to the removal even though that earlier-served defendant did not previously initiate or consent to removal.

5. Defendant John Cosme was served with a copy of the Complaint and Summons issued by the state court on or about January 2, 2025 on behalf of Protouch Staffing Healthcare aka and dba Protouch Staffing. A copy of the Summons is attached hereto as **Exhibit B.**

6. This Notice of Removal is being filed within thirty (30) days of receipt of service by Defendant Cosme and is timely under 28 U.S.C. §1446(b)(2)(B).

7. This action is a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C.§ 1331, federal question jurisdiction.

2

8.  All of the named Defendants consent to removal of this matter to Federal Court and are separately filing Notices of Consent simultaneously in this matter.

WHEREFORE, Defendants pray that the above-referenced action, now pending in the Eighth Judicial District Court of the State of Nevada in and for the County of Clark, be removed therefrom this Court.

Dated this 30th day of January, 2025

O'HAGAN MEYER

By _____ */s/ Jeffrey Winchester*_____
JEFFREY WINCHESTER
Nevada Bar No. 10279
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101

*Attorneys for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

Pursuant to FRCP 5(b), I certify that I am an employee of O'HAGAN MEYER PLLC, and that on this 30th day of January, 2025, I electronically filed and served the foregoing **NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT** with the Clerk of the Court through Case Management/Electronic Filing System and Electronic Mail as follows:

Calder B Gabry, Esq.
Nevada Bar No. 14366
**CALDER B. GABROY, LTD.**
1810 East Sahara Avenue, Suite 582
Las Vegas, NV 89104-3707
E: calder@caldergabroy.com

*Attorney for Plaintiff*

   By:                      */s/ Krystle Platero*
                                    An Employee of
                                    O'HAGAN MEYER PLLC